IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WASEEM KHAN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>XCERRA CORPORATION, ROGER W. BLETHEN, DAVID G. TACELLI, MARK S. AIN, ROGER J. MAGGS, JORGE TITINGER, and BRUCE R. WRIGHT,<br><br>Defendants. | Civil Action No. 1:18-cv-11592-ADB |

**NOTICE OF PLAINTIFF'S VOLUNTARY DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Waseem Khan ("Plaintiff") hereby voluntarily dismisses the captioned action (the "Action") WITHOUT PREJUDICE with respect to Plaintiff's individual claims and the claims asserted on behalf of the purported class.  Because this notice of dismissal is being filed with the Court before service by defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon filing.

Dated: August 29, 2018

MATORIN LAW OFFICE, LLC

By: */s/ Mitchell J. Matorin*
Mitchell J. Matorin (BBO# 649304)
18 Grove Street, Suite 5
Wellesley, MA 02482
(781) 453-0100
mmatorin@matorinlaw.com

*Attorney for Waseem Khan*

OF COUNSEL:

**WEISSLAW LLP**
Richard A. Acocelli
Michael A. Rogovin
Kelly C. Keenan
1500 Broadway, 16th Floor
New York, NY 10036
Tel: (212) 682-3025

*Attorneys for Waseem Khan*

## Certificate of Service

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on August 29, 2018.

/s/ Mitchell J. Matorin